**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 541 EAL 2014
                                        :
              Respondent        :
                                          : Petition for Allowance of Appeal from the
                                          : Order of the Superior Court
              v.                           :
                                          :
                                          :
HAAMIR BROWN,                       :
                                          :
              Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal

is **DENIED**.